**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dion SAULTER, Defendant–Appellant.**

No. 09–8229.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 6, 2010.

Decided: Aug. 18, 2010.

Dion Saulter, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dion Saulter appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Saulter,* No. 7:02–cr–00022–BO–2 (E.D.N.C. filed Nov. 20, 2009; entered Nov. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*